# United States District Court
## Northern District of California

UNITED STATES OF AMERICA
v.
CIPRIANO CORDOVA-MENDOZA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-11-00047-001 JF
BOP Case Number: DCAN511CR000047-001
USM Number:
Defendant's Attorney: Cynthia Lie, AFPD

**THE DEFENDANT:**

[x]  admitted guilt to violation of conditions of the term of supervision <u>1) to comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement; 2) to refrain from cimmitting another federal, state or local crime.</u>.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement | 2/13/2012 |
| Two | Failure to refrain from committing another federal, state or local crime | 2/13/2012 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

<u>Defendant's Residence Address:</u>
in custody

<u>Defendant's Mailing Address:</u>

<u>4/3/2013</u>
Date of Imposition of Judgment

<u>/s/ Lucy H. Koh</u>
Signature of Judicial Officer

<u>Lucy H. Koh, U. S. District Judge</u>
Name & Title of Judicial Officer

<u>4/4/13</u>
Date

| | |
|---|---|
| DEFENDANT: CIPRIANO CORDOVA-MENDOZA | Judgment - Page 2 of 2 |
| CASE NUMBER: CR-11-00047-001 JF | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 months .

No Supervised Release on these charges. Supervised Release in 11-cr-00047JF is terminated.

[ ]     The Court makes the following recommendations to the Bureau of Prisons:

[x]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.

      [ ] at ___ [] am [] pm on ___.
      [ ] as notified by the United States Marshal.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      [ ] before 2:00 pm on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                                                           UNITED STATES MARSHAL

                                                          By _____
                                                                          Deputy United States Marshal